IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VANCE AURIS MCMILLAN,
    Plaintiff,

vs.                                               Case No.  3:11cv158/MCR/CJK

DIRECTOR FLINT JUNOD, et al.,
    Defendants.
_____

O R D E R

    The magistrate judge filed a Report and Recommendation on this matter on December 13, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B). The court has provided the parties an opportunity to object, but no objections have been filed. Now, having fully reviewed the matter, the court determines that the Recommendation should be adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the Court and failure to keep the Court informed of his current address.

    3.     The Clerk is directed to close the file.

    DONE AND ORDERED this 13th day of January, 2012.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE